# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PLECTRUM LLC, <br><br> Plaintiff, <br><br> v. <br><br> EXTREME NETWORKS, INC., <br><br> Defendant. | Civil Action No. 4:17-CV-79-ALM <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Plectrum LLC ("Plaintiff") and Defendant Extreme Networks, Inc. ("Extreme") announced to the Court that they have resolved Plaintiff's claims for relief against Extreme asserted in this case.

Plaintiff and Extreme have therefore requested that the Court dismiss Plaintiff's claims for relief against Extreme with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Extreme are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 24th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE